**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 150 WAL 2020

         Respondent                      :

                                        :    Petition for Allowance of Appeal

                                        :    from the Order of the Superior Court

         v.                              :

                                        :

CHARLES A. BELLON,                :

                                        :

         Petitioner                      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.